**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERRARDO GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. TUCKER,<br><br>　　　　　Defendant. | No. 2:19-CV-0878-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2020, and April 23, 2020, plaintiff filed objections related to his deposition. <u>See</u> ECF Nos. 22 and 23. Plaintiff's objections are construed as a motion for a protective order. So construed, defendant shall file a response within 14 days of the date of this order.

　　　　　IT IS SO ORDERED.

Dated: April 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1