IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GERARD GUTIERREZ,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TUCKER,**<br><br>　　　　　　　　　　　　Defendant. | 2:19-cv-00878-JAM-DMC (PC)<br><br>**ORDER**<br><br><br><br>Judge:　　　Hon. Dennis M. Cota<br>Trial Date:　TBD<br>Action Filed:　May 16, 2019 |

The Court, having considered Defendant's motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant's motion, ECF No. 28, is granted.  The deadline to serve discovery requests is extended to January 27, 2021, and the deadline to file dispositive motions is extended to April 26, 2021.

Dated:  October 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1