IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRUNO GUTIERREZ,** | 2:19-cv-00878-JAM-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **TUCKER,** | Judge: Hon. Dennis M. Cota<br>Trial Date: TBD<br>Action Filed: May 16, 2019 |
| Defendant. | |

The Court, having considered Defendant's second motion to modify the discovery and scheduling order, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendant's motion is granted. The deadline to conduct discovery is extended to October 16, 2021, and the deadline to file dispositive motions is extended to January 15, 2022.

Dated: August 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER Re: Second Mot. to Mod. Disc. and Sched. Ord.  (2:19-cv-00878-JAM-DMC (PC))