IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ, | No. 2:19-CV-0878-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| V. TUCKER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se as successor-in-interest, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On September 14, 2021, the Court referred this matter for early Alternative Dispute Resolution. See ECF No. 39. The Court also imposed a 120-day stay of proceedings. See id. On December 29, 2021, the Magistrate Judge to whom the matter had been assigned for settlement determined that a settlement conference would likely not be productive. See ECF No. 43 (minute order). Accordingly, the matter is withdrawn from the Court's early Alternative Dispute Resolution program and the stay of proceedings imposed on September 14, 2021, is lifted. By separate order, the Court will amend the initial schedule for this litigation originally set

/ / /

/ / /

/ / /

1

on January 29, 2020.

                IT IS SO ORDERED.

Dated: January 20, 2022

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE