IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ, | No. 2:19-CV-0878-JAM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| V. TUCKER, | |
| Defendant. | |

       Plaintiff, who is proceeding pro se as successor-in-interest, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On January 29, 2020, the Court issued an initial schedule for this litigation.  <u>See</u> ECF No. 20.  On the Court's own motion, that order is modified to reflect that the parties may conduct discovery through July 25, 2022.  In all other respects, the Court's January 29, 2020, order remains in effect.

       IT IS SO ORDERED.

Dated:  January 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1