IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ, | No. 2:19-CV-0878-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| V. TUCKER, | |
| Defendant. | |

Plaintiff is proceeding pro se as successor-in-interest in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 50, for an extension of time to file an opposition to Defendant's motion for summary judgment. Good cause appearing therefore based on Plaintiff's declaration indicating the need for additional time due to delays in receiving copies of Defendant's motion, Plaintiff's motion for an extension of time is granted. Plaintiff's opposition is due within 45 days of the date of this order.

IT IS SO ORDERED.

Dated: December 1, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1