IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. TUCKER,<br><br>　　　　　Defendant. | No. 2:19-CV-0878-DAD-DMC-P<br><br><br>ORDER |

Plaintiff is proceeding pro se as successor-in-interest in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the following motions:

　　ECF No. 52　Plaintiff's motion to stay consideration of Defendant's motion for summary judgment and for an order compelling Defendants to provide Plaintiff a copy of the transcript of Plaintiff's deposition.

　　ECF No. 53　Plaintiff's motion to strike reference to the transcript of Plaintiff's deposition.

Defendants have filed a response to these motions. See ECF No. 54. Also before the Court is Plaintiff's motion, ECF No. 55, for leave to file a sur-reply in support of his motions at ECF Nos. 52 and 53.

///

///

///

1

Addressing Plaintiff's motion to file a sur-reply first, Plaintiff's motion is unnecessary. The docket reflects that Defendant filed an opposition to Plaintiff's motions and will consider his proposed sur-reply arguments to be a properly filed reply. There is no need to grant leave for a fourth filing and Defendant has not requested leave to respond to Plaintiff's reply arguments.

Regarding the transcript of Plaintiff's deposition, Plaintiff's remaining motions present two arguments. First, Plaintiff argues that consideration of Defendant's pending motion for summary judgment should be stayed until such time as Plaintiff is provided a copy of the transcript of his deposition. See ECF No. 52. Second, and somewhat contradictorily, Plaintiff argues that the Court should strike any reference to the transcript of his deposition because he was denied an opportunity to review the transcript. See ECF No. 53.

As Defendant notes in opposition to Plaintiff's motion, Plaintiff did not ask for review of the deposition transcript upon completion of the deposition. Therefore, the Court agrees with Defendant that it cannot be said that Plaintiff was ever denied an opportunity for review to which he had a right but never requested. Additionally, the Court finds that there is no basis for Plaintiff's request that Defendant provide Plaintiff a copy of the deposition transcript at Defendant's expense. As Defendant correctly observes, Plaintiff may obtain a copy of the transcript upon payment at his expense of appropriate fees to the court reporter. Finally, and separate and apart from Plaintiff's ultimate election to pay for and obtain a copy of the subject deposition, if Plaintiff does not agree with the deposition testimony cited by Defendant in the pending motion for summary judgment, Plaintiff may file a declaration so stating. Plaintiff does not require the deposition transcript to prepare such a declaration.

The Court will sua sponte grant Plaintiff a further extension of time to file a response to Defendant's motion for summary judgment, which will be addressed by separate findings and recommendations upon completion of briefing.

///

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to stay and compel, ECF No. 52, is denied.

2. Plaintiff's motion to strike, ECF No. 53, is denied.

3. Plaintiff's motion for leave to file a sur-reply, ECF No. 55, is denied as unnecessary.

4. Plaintiff may file an opposition to Defendant's motion for summary judgment within 30 days of the date of this order.

Dated: June 5, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE