IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ, | No. 2:19-CV-0878-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| V. TUCKER, | |
| Defendant. | |

Plaintiff is proceeding pro se as successor-in-interest in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's first amended complaint, ECF No. 58, filed on July 10, 2023, without leave of Court or stipulation of Defendant.

Where, as here, a party files an amended complaint without the right to do so, it is properly stricken by the Court. See, e.g., Hardin v. Wal-Mart Stores, Inc., 813 F. Supp. 2d 1167, 1181 (E.D. Cal. 2011) (striking fourth amended complaint: "If an amended pleading cannot be made as of right and is filed without leave of court or consent of the opposing party, the amended pleading is a nullity and without legal effect."); Sexton v. Spirit Airlines, Inc., Case No. 2:21-cv-00898-TLN-AC, 2022 WL 976914 (E.D. Cal. March 31, 2022) (striking amended complaint); Guthrie v. Hurwitz, Case No. 1:18-cv-00282-AWI-BAM, 2018 WL 4005261, at *1 (E.D. Cal. Aug. 20, 2018) (striking amended complaint).

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff's first amended complaint, ECF No. 58, is STRICKEN.

Dated: July 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE