UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO GUTIERREZ, as Successor-In-Interest to Gerardo J. Gutierrez,<br><br>          Plaintiff,<br><br>     v.<br><br>V. TUCKER,<br><br>          Defendant. | No. 2:19-cv-00878-DAD-DMC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 48, 61) |

     Plaintiff Bruno Gutierrez is proceeding *pro se* as the successor-in-interest to his son, former state prisoner Gerardo J. Gutierrez, in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On August 3, 2023, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment (Doc. No. 48) be granted. (Doc. No. 61.) Specifically, the magistrate judge first concluded that decedent Gerardo J. Gutierrez's verified complaint originally filed in this action would not be admissible at trial in any form and therefore could not be considered by the court on summary judgment. (*Id.* at 10.) The magistrate judge noted that the verified complaint was the only evidence offered by plaintiff in opposition to defendant's summary judgment motion with respect to plaintiff's medical deliberate indifference claim. (*Id.* at 12.) Accordingly, the magistrate judge recommended that under the undisputed

evidence before the court defendant V. Tucker, a nurse, was entitled to summary judgment in her favor as to plaintiff's medical deliberate indifference claim. (*Id*. at 12–13.) With respect to plaintiff's retaliation claim, it was also recommended that defendant's motion for summary judgement be granted because the adverse action which the decedent had claimed to have suffered was the same conduct alleged to have constituted medical deliberate indifference by defendant, and, thus, the undisputed evidence before the court also established that no adverse action had been taken against the decedent. (*Id.* at 13–14.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 14.)  Plaintiff has not filed any objections to the findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 3, 2023 (Doc. No. 61) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 48) is granted; and
3. The Clerk of the Court is directed to enter judgment in favor of defendant and close this case.

IT IS SO ORDERED.

Dated:  **September 5, 2023**

_____
UNITED STATES DISTRICT JUDGE

2